UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CR-00247-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER TO SEAL** |
| | ) | **DOCKET ENTRY NUMBER 46** |
| v. | ) | |
| | ) | |
| DONALD GREGORY HOGGARD, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that

the Clerk of Court shall seal the Notice of Filing of Victim Impact Statements and attached victim

impact statements at Docket Entry 46.

SO ORDERED this _11th_ day of February, 2021.

_Richard E Myers II_

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE